# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:10-CR-0323-GMN (PAL)<br>) |
| MICHAEL SEISDEDOS, | )<br>) |
| Defendant. | ) |

## ORDER OF FORFEITURE

On August 23, 2010, defendant MICHAEL SEISDEDOS pled guilty to a One-Count Criminal Information charging him in Count One with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 1349, and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Information.

This Court finds that MICHAEL SEISDEDOS shall pay a criminal forfeiture money judgment of $100,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MICHAEL SEISDEDOS a criminal forfeiture money judgment in the amount of $100,000.00 in United States Currency.

DATED this 25th day of August, 2010.

_____
Gloria M. Navarro
United States District Judge